```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLAS PETROLEUM EXPLORATION
WORLDWIDE LIMITED,

                Plaintiff,

-v-

SEA WOLF OILFIELD (CYPRUS)
LIMITED d/b/a SEA WOLF OILFIELD
SERVICES (CYPRUS) LIMITED,

                Defendant.

No. 09 Civ. 0781 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the conference presently scheduled for August 18, 2009 at 10:30 a.m. is adjourned until August 19, 2009 at 11:00 a.m.

Dated:      August 17, 2009
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE